**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 08a0447n.06
Filed: July 30, 2008

**No. 07-6146**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| TRACY MCDONALD, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| JOHN POTTER, Postmaster General, | ) | EASTERN DISTRICT OF TENNESSEE |
| | ) | |
| Defendant-Appellee. | ) | |

Before: COOK and GRIFFIN, Circuit Judges, and MARBLEY, District Judge.[*]

COOK, Circuit Judge. Plaintiff Tracy McDonald appeals the district court's grant of summary judgment for her employer, defendant John Potter, Postmaster General of the United States Postal Service (the "Postal Service") on her Rehabilitation Act claims. McDonald alleges that the Postal Service failed to reasonably accommodate her two alleged disabilities: (1) migraines induced by a sensitivity to fragrances (i.e. fragrances worn by her coworkers, cleaning chemicals); and (2) a back condition. She further alleges that the Postal Service discriminated and retaliated against her due to these disabilities. The Postal Service filed a motion for summary judgment, and the district

_____

[*]Judge Algenon L. Marbley, United States District Judge for the Southern District of Ohio, sitting by designation.

court granted the motion and dismissed with prejudice all of McDonald's claims. Review of the briefs and record counsels us to agree with the district court. Because a separate opinion would only duplicate the district court's thorough analysis, we AFFIRM the court's judgment, adopting its reasoning.